IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas P. Gaffney**<br>2313 Washington Avenue, Chevy Chase, Maryland 20815<br><br>*Plaintiff*<br><br>v.<br><br>**The DMP Group, LLC**<br>5600 Colorado Avenue, NW, Washington, DC 20011 | Civil Action No: 1:07-cv-1734<br><br>**CONSENT MOTION THAT DEFENDANT BE GRANTED UNTIL FRIDAY, JANUARY 11, 2008 TO FILE A RESPONSIVE PLEADING OR ANSWER** |

With the consent of Defendant and in an effort to encourage settlement of the above-captioned complaint, preserve judicial resources, and accommodate Defendant's existing schedule, Thomas P. Gaffney moves that the Court grant Defendant until January 11, 2008 to file a responsive pleading or Answer.

Respectfully submitted this Wednesday, October 17, 2007.

Joseph A. Hennessey, Esq.
Newman, McIntosh & Hennessey
The Air Rights Building
7315 Wisconsin Avenue, 700 East
Bethesda, MD  20814
(301) 654-3400
(240) 465-3084 (f)
JHennessey@nmhlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas P. Gaffney**<br>    *Plaintiff*<br>v.<br><br>**The DMP Group, LLC**<br>    *Defendant* | Civil Action No: 1:07-cv-1734<br><br>**CERTIFICATE OF SERVICE** |

I, Joseph Hennessey, certify that on Wednesday, October 17, 2007 a copy of "Consent Motion That Defendant Be Granted Until Friday, January 11, 2008 To File A Responsive Pleading Or Answer" was filed on Brian Lederer, counsel for Defendant DMP Group, LLC via electronic mail at brian.lederer@worldnet.att.net and via First Class Mail at 3003 Van Ness St., N.W., Suite W228, Washington, D.C. 20008.  Respectfully submitted this Wednesday, October 17, 2007.

Joseph A. Hennessey, Esq.
Newman, McIntosh & Hennessey
The Air Rights Building
7315 Wisconsin Avenue, 700 East
Bethesda, MD  20814
(301) 654-3400
(240) 465-3084 (f)
JHennessey@nmhlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas P. Gaffney**<br>    *Plaintiff*<br>v.<br><br>**The DMP Group, LLC**<br>    *Defendant* | Civil Action No: 1:07-cv-1734<br><br>**ORDER** |

Plaintiff Thomas P. Gaffney having filed a consent motion that Defendant The DMP Group, LLC be granted until January 11, 2008 to file a responsive pleading or Answer to the above-captioned complaint; and

Plaintiff Thomas P. Gaffney representing that such an extension will further settlement discussions, preserve judicial resources, and accommodate Defendant's schedule; and

The Court finding that these proffered benefits constitute good-cause show; it is hereby

**ORDERED** that Defendant The DMP Group, LLC file a responsive pleading or Answer in the above captioned matter on or before January 11, 2008.

Done this _____ day of _____, 2007

_____
Judge
United States District Court

END OF ORDER

Copies to:

Brian Lederer, Esq.
3003 Van Ness St., N.W., Suite W228
Washington, D.C. 20008

Joseph Hennessey, Esq.
Newman McIntosh & Hennessey
7315 Wisconsin Avenue, Suite 700 East
Bethesda, MD  20814