IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas P. Gaffney**<br>2313 Washington Avenue, Chevy Chase, Maryland 20815<br><br>   *Plaintiff*<br><br>v.<br><br>**The DMP Group, LLC**<br>5600 Colorado Avenue, NW, Washington, DC 20011 | Civil Action No: 1:07-cv-1734<br><br>**CONSENT MOTION THAT DEFENDANT BE GRANTED UNTIL MONDAY, FEBRUARY 11, 2008 TO FILE A RESPONSIVE PLEADING OR ANSWER** |

   The parties in the above captioned lawsuit are embroiled in complex litigation in this Court, the Maryland Circuit Court, the District of Columbia Superior Court, and the United States Bankruptcy Court for the District of Maryland.  All parties in all of the various courts are working diligently on a universal settlement that will resolve all issues in all courts.  Working cooperatively and in good faith, the parties have circulated a Third Draft of a universal settlement agreement and are revising that draft to constitute a Fourth and (hopefully) final version of the settlement.

   Given the opportunity for the parties in the above-captioned action to settle this matter without the need for judicial intervention, and considering the conservation of scarce judicial resources that would attend allowing the

parties to devote resources to settlement rather than litigation, Plaintiffs – with the consent of Defendants – request that the Court grant an additional 30 days, until February 11, 2008, for The DMP Group, LLC to file a responsive pleading to Plaintiff's Complaint.

    Respectfully submitted this Wednesday, January 09, 2008.

*[signature]*

Joseph A. Hennessey, Esq.
Newman, McIntosh & Hennessey
The Air Rights Building
7315 Wisconsin Avenue, 700 East
Bethesda, MD  20814
(301) 654-3400
(240) 465-3084 (f)
JHennessey@nmhlaw.com

Yahoo! Mail - jhennessey@nmhlaw.com | Page 1 of 2

Case 1:07-cv-01734-RJL   Document 6-2   Filed 01/09/2008   Page 1 of 2



Print - Close Window

| | |
|---|---|
| **Subject:** | Third Draft of the Settlement Agreement; In re: Frances Cary, etc. |
| **Date:** | Tue, 18 Dec 2007 14:45:30 -0500 |
| **From:** | "Erica Beardsley" <ebeardsl@WTHF.com> |
| **To:** | "Joseph Hennessey, Esq." <jhennessey@nmhlaw.com>, "Robert Bunn" <rbunnlaw@aol.com>, "Matthew W. Carlson" <mwc@tomnh.com>, "Bill Foote" <wfootejrlaw@aol.com>, "Jesse Stein" <jstein@brownandgould.com> |
| **CC:** | "Mary Gardner" <megardner@earthlink.net>, "Perry, Kristen" <kperry@wtplaw.com> |

Attached please find for your review and comment the third draft of the Settlement Agreement.  I have attached both a redlined copy and a copy without the redlines.

Best regards,

Erica S. Beardsley
**Watt, Tieder, Hoffar
& Fitzgerald, L.L.P.**
8405 Greensboro Dr., Ste. 100
McLean, VA  22102
(703)749-1000 (phone)
(703)893-8029 (fax)

---

**From:** Joseph Hennessey, Esq. [mailto:jhennessey@nmhlaw.com]
**Sent:** Tuesday, December 18, 2007 1:08 PM
**To:** Robert Bunn; Erica S. Beardsley; Matthew W. Carlson; Bill Foote; Jesse Stein
**Cc:** Mary Gardner
**Subject:** Settlement Status

Where are we viz. settlement?  I sent my edits to Erica -- will there be a third (and perhaps final) draft circulated?

Joe


Newman McIntosh & Hennessey, LLP
The Air Rights Building
7315 Wisconsin Avenue
Suite 700 East
Bethesda, MD 20814
(301) 654-3400
(240) 465-3084 (f)
JHennessey@NMHLaw.com
http://www.nmhlaw.com


.
.
.
The information contained within this electronic mail message is attorney privileged and confidential information intended only for the use of the individual or entity named. If the reader of the message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete this message.

Second Consent Motion to Extend Time to File Responsive Pleading, Ex.1

Yahoo! Mail - jhennessey@nmhlaw.com                                                                Page 2 of 2

        Case 1:07-cv-01734-RJL    Document 6-2    Filed 01/09/2008    Page 2 of 2

**Attachments**

**Files:**

📎 **Third_Draft_of_Settlement_Agreement.doc** (87k) [Preview]

📎 **Third_Draft_of_Settlement_Agreement_no_redline.doc** (75k) [Preview]

Second Consent Motion to Extend Time to File Responsive Pleading, Ex.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas P. Gaffney**<br>     *Plaintiff*<br>v.<br><br>**The DMP Group, LLC**<br>     *Defendant* | Civil Action No: 1:07-cv-1734<br><br>**ORDER** |

   Plaintiff Thomas P. Gaffney having filed a consent motion that Defendant The DMP Group, LLC be granted until January 11, 2008 to file a responsive pleading or Answer to the above-captioned complaint; and

   Plaintiff Thomas P. Gaffney representing that such an extension will further settlement discussions, preserve judicial resources, and accommodate Defendant's schedule; and

   The Court finding that these proffered benefits constitute good-cause show; it is hereby

   **ORDERED** that Defendant The DMP Group, LLC file a responsive pleading or Answer in the above captioned matter on or before February 11, 2008.

   Done this _____ day of _____, 2008

_____
Judge
United States District Court

END OF ORDER

Copies to:

Brian Lederer, Esq.
3003 Van Ness St., N.W., Suite W228
Washington, D.C. 20008

Joseph Hennessey, Esq.
Newman McIntosh & Hennessey
7315 Wisconsin Avenue, Suite 700 East
Bethesda, MD  20814