IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas P. Gaffney**<br>2313 Washington Avenue, Chevy Chase, Maryland 20815<br><br>*Plaintiff*<br><br>v.<br><br>**The DMP Group, LLC**<br>5600 Colorado Avenue, NW, Washington, DC 20011 | Civil Action No: 07cv-1734<br><br>**MOTION TO DISMISS WITHOUT PREJUDICE** |

Plaintiff Thomas P. Gaffney hereby moves to dismiss <u>without prejudice</u> the claims stated in the above-captioned Complaint. Respectfully submitted this Thursday, June 05, 2008.

*/s/ Joseph A. Hennessey*

Joseph A. Hennessey, Esq.
Newman, McIntosh & Hennessey
The Air Rights Building
7315 Wisconsin Avenue, 700 East
Bethesda, MD  20814
(301) 654-3400
(240) 465-3084 (f)
JHennessey@nmhlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas P. Gaffney**<br> *Plaintiff*<br>v.<br>**The DMP Group, LLC**<br> *Defendant* | Civil Action No: 1:07-cv-1734<br><br>**CERTIFICATE OF SERVICE** |

 I, Joseph Hennessey, certify that on Thursday, June 05, 2008 a copy of "Plaintiff's Motion to Dismiss Without Prejudice" was served on Thursday, June 05, 2008 on Brian Lederer, counsel for Defendant DMP Group, LLC via electronic mail at brian.lederer@worldnet.att.net and via First Class Mail at 3003 Van Ness St., N.W., Suite W228, Washington, D.C. 20008.  Respectfully submitted this Thursday, June 05, 2008.

*/s/ Joseph A. Hennessey*

Joseph A. Hennessey, Esq.
Newman, McIntosh & Hennessey, LLP
The Air Rights Building
7315 Wisconsin Avenue, 700 East
Bethesda, MD  20814
(301) 654-3400
(240) 465-3084 (f)
JHennessey@nmhlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas P. Gaffney**<br>2313 Washington Avenue, Chevy Chase, Maryland 20815<br><br>*Plaintiff*<br><br>v.<br><br>**The DMP Group, LLC**<br>5600 Colorado Avenue, NW,<br>Washington, DC 20011 | Civil Action No: 07cv-1734<br><br>**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |

The Court being in receipt of a motion submitted by Plaintiff for an order dismissing the above-captioned action without prejudice, it is hereby

**ORDERED** that Plaintiff's motion to dismiss without prejudice is granted on this _____ day of _____, 2008.

_____
Judge
United States District Court

Copies to:

Joseph Hennessey
Newman McIntosh & Hennessey, LLP
7315 Wisconsin Avenue, Suite 700 East
Bethesda, MD  20814
*Attorney for Plaintiff*

Brian Lederer, Esq.
3003 Van Ness St., N.W., Suite W228
Washington, D.C. 20008
*Attorney for Defendant*