Case 1:07-cv-01734-F...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Thomas P. Gaffney**
2313 Washington Avenue, Chevy
Chase, Maryland 20815

*Plaintiff*

v.

**The DMP Group, LLC**
5600 Colorado Avenue, NW,
Washington, DC 20011

Civil Action No: 07cv-1734

**ORDER GRANTING MOTION TO DISMISS
WITHOUT PREJUDICE**

The Court being in receipt of a motion submitted by Plaintiff for an order dismissing the above-captioned action without prejudice, it is hereby

**ORDERED** that Plaintiff's motion to dismiss without prejudice is granted on this 7th day of June, 2008.

_____
Judge
United States District Court

Copies to:

Joseph Hennessey
Newman McIntosh & Hennessey, LLP
7315 Wisconsin Avenue, Suite 700 East
Bethesda, MD  20814
*Attorney for Plaintiff*

Brian Lederer, Esq.
3003 Van Ness St., N.W., Suite W228
Washington, D.C. 20008
*Attorney for Defendant*